```
 1  STEPHANIE YONEKURA
    Acting United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    RICHARD M. PARK (Cal. Bar No. 236173)
 4  Assistant United States Attorney
         Room 7516, Federal Building
 5       300 North Los Angeles Street
         Los Angeles, California 90012
 6       Tel:  (213) 894-3275
         Fax:  (213) 894-7819
 7       Email:  Richard.park@usdoj.gov

 8  Attorneys for Federal Defendant
    Comprehensive Community Health
 9  Centers, Inc.

10
                   UNITED STATES DISTRICT COURT
11
                  CENTRAL DISTRICT OF CALIFORNIA
12
```

| | |
|---|---|
| ARKADIA AMIRYAN,<br><br>           Plaintiff,<br><br>    vs.<br><br>COMPREHENSIVE COMMUNITY HEALTH CENTERS, INC., a Corporation; ARA AIRAPETIAN, M.D., INC., a Corporation; and DOES 1 through 100, inclusive,<br><br>           Defendants. | CASE NO. CV 14-8903<br><br>NOTICE OF REMOVAL OF CIVIL ACTION BY FEDERAL DEFENDANT COMPREHENSIVE COMMUNITY HEALTH CENTERS, INC. TO THE UNITED STATES DISTRICT COURT<br><br>[28 U.S.C. § 2679 and 42 U.S.C. § 233] |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

    Pursuant to 28 U.S.C. § 2679 and 42 U.S.C. § 233, federal

defendant Comprehensive Community Health Center, Inc. ("CCHC") hereby removes the above-entitled action from the Superior Court of the State of California for the County of Los Angeles to the United States District Court for the Central District of California. In furtherance of this removal, CCHC respectfully states as follows:

1. On or about March 5, 2014, plaintiff Arkadia Amiryan filed a complaint entitled <u>Arkadia Amiryan v. Comprehensive Community Health Centers, Inc., a Corporation; Ara Airapetian, M.D., Inc., a Corporation; and Does 1 to 100, inclusive</u>, in the Superior Court for the State of California, Los Angeles County, Case No. BC538198. The complaint appears to allege a cause of action against CCHC sounding in tort based on medical negligence.

2. At the time of the incidents alleged in plaintiff's complaint, Ara Airapetian, M.D. was a general practitioner at CCHC, a public or nonprofit private entity receiving federal funds under Sections 254b, 254c, 256 and/or 256a of the Public Health Services Act. As such, Dr. Airapetian and CCHC are deemed to be employees of the Public Health Service at the time of the incidents alleged pursuant to the Federally Supported Health Centers Assistance Act of 1992, 42 U.S.C. § 233. Dr. Airapetian and CCHC, as Public Health Service employees, at the time of the incidents alleged, were acting within the course and scope of their employment as medical providers pursuant to 28 U.S.C. §2679 and 42 U.S.C. §233. Actions for alleged negligent acts or

1  omissions of federal employees come within the provisions of the
2  Federal Tort Claims Act. See 28 U.S.C. §§ 1346(b), 2671 et seq.
3       3. Copies of the summons and complaint as obtained by the
4  United States Attorney's Office are attached hereto as Exhibit A.
5       4. This action is one which must be removed to this Court
6  pursuant to 28 U.S.C. §2679 and 42 U.S.C. §233 because this Court
7  has original jurisdiction over civil actions for money damages
8  for injuries allegedly caused by the negligence of an employee of
9  the United States purportedly acting within the course and scope
10 of employment. See 28 U.S.C. §§ 1346(b), 2671 et seq.
11      5. Attached hereto as Exhibit B is the Certification
12 executed by the Acting United States Attorney for the Central
13 District of California attesting to the foregoing pursuant to the
14 requirements of 42 U.S.C. § 233.
15      6. Removal is timely under 28 U.S.C. § 2679 and 42 U.S.C. §
16 233(c) in that trial in this matter has not yet commenced.
17 ///
18 ///
19 ///

1 | WHEREFORE, CCHC removes the action now pending in the Superior Court for the State of California, County of Los Angeles, Case No. BC538198, to the United States District Court for the Central District of California and prays that such action stand so removed.

DATED: November 17, 2014

STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

*/s/ Richard Park*

RICHARD M. PARK
Assistant United States Attorney
Attorneys for Defendant